RECEIVED
CHARLOTTE, N.C.

OCT 24 2014

Clerk, U. S. Dist. Court
W. Dist. of N. C.

DATE: Oct 16, 2014

From:
Sandra Gavel
PO Box 2195
5743 Dolphin St
Sechelt, BC V0N 3A0

Respondent:
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK, FRANK G. JOHNS
WESTERN DISTRICT OF NORTH CAROLINA
401 W. TRADE STREET
CHARLOTTE, NC 28202

RE: Civil Action No.3:14-CV-444

Dear Frank G. Johns,

I am in receipt of your Civil Action No.3:14-CV-444 summons, dated 09/05/2014 and delivered on 10/14/2014.

Your offer to contract is hereby rejected as unacceptable.

As a natural person, I do NOT consent to the jurisdiction of any United States Magistrate, or the jurisdiction of any United States Article III Judge in the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA, or the jurisdiction of any state with the United States of America.

At your earliest convenience, please forward your evidence that the United States Constitution, North Carolina Consitiution, United States Laws, United States statutes and United States codes apply to me.

This letter to you is NOT to be considered a "Failure to Respond" and I do NOT consent to entering a judgment by default on my behalf.

Thank you

By: *[signature]*

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

KENNETH D. BELL, in his capacity as
court-appointed Receiver for Rex Venture Group, LLC
d/b/a ZeekRewards.com,

    *Plaintiff* )
    v. )    Civil Action No. 3:14-CV-444
     )
CATHERINE PARKER, XIAOMEI WANG, )
BEVERLY DAWN TRCA-KITCHEN, BIN XU, JOEL )
BROUGHTON, FENG GUANG WU, DON )
FITZ-RITSON, RUTH KONIG, GUAN JUN ZHANG, )
LEON KILLAM, GUO HUA LIANG, SANDRA )

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Sandra Gavel
    P.O. Box 2195
    Sechelt BC  V0N3A0

*[Handwritten diagonally across page: "Your offer to contract is hereby rejected as unacceptable By: Sandra Gavel Oct 16, 2014"]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Irving Brenner
    McGuireWoods LLP
    201 N. Tryon St.
    Suite 3000
    Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*[Signature: Frank G. Johns]*           Date    **9/5/2014**

Frank G. Johns, Clerk
United States District Court