IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE PARKER, XIAOMEI WANG, BEVERLY DAWN TRCA-KITCHEN, BIN XU, JOEL BROUGHTON, FENG GUANG WU, DON FITZ-RITSON, RUTH KONIG, GUAN JUN ZHANG, LEON KILLAM, GUO HUA LIANG, SANDRA GAVEL, YONG SHENG WANG, DEVEY DEJONG, The Executor or Administrator of THE ESTATE OF BRUCE RICHARD FOELLER, BRIAN FUSSEY, SHAO ZHANG HUANG, JAMES MACELWAIN, EUGENE VEINOTTE, 0937702 B.C. LTD, MICHAEL GALLUP, JIA YU WANG, YING LIU, JANE FERGUSON, ZAHID ALI, and MEI-PING LIANG,<br><br>Defendants. | Civil Action No. 3:14-cv-444 |

## ORDER

**THIS MATTER** is before the Court on the Receiver's Motion for Default Judgment against Defendant Joel Broughton. The Court finds that default was properly entered against Defendant by the Clerk of this Court under Federal Rule of Civil Procedure 55(a) after Defendant failed to plead or otherwise defend. The Court notes the Receiver's extensive efforts to locate and personally serve Defendant, including conducting extensive research for Defendant's location, hiring a Canadian investigative service, and serving Defendant at Defendant's last known address.

Having reviewed the Receiver's Application for Entry of Default as well as its accompanying exhibits, the Court finds that these efforts constitute valid service of process on Defendant Broughton under both the Federal Rules of Civil Procedure and applicable International Law. Accordingly, pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court will grant the Motion and enter Judgment against Defendant for the full amount of his net winnings plus interest.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment against Defendant Broughton is hereby **GRANTED** and **JUDGMENT** is entered against Defendant Broughton in the amount of $203,492.36.

**SO ORDERED.**

Signed: May 27, 2015

Graham C. Mullen
United States District Judge