

RECEIVED
Charlotte, NC
JUN 23 2015
Clerk, US District Court
Western District NC

By: Canada Post Tracking Number  EM 045660564CA

From:
Catherine Parker
66 Bay Street, #601
Hamilton ON L8P 4Z6

Respondent:
FRANK G. JOHNS, CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
401 W. TRADE STREET
CHARLOTTE, NORTH CAROLINA  [ 28202 ]

RE:  CIVIL ACTION NO. 3:14-CV-444

FRANK G. JOHNS:

The following is for your immediate attention:

1) FRANK G. JOHNS, CLERK OF COURT, signed a "Summons In A Civil Action" letter to Catherine Parker dated, September 05, 2014.

2) Catherine Parker received the "Summons In A Civil Action" letter by process server on October 06, 2014.

3) Catherine Parker acted <u>honorably</u> toward your U.S. COURT by mailing a 46 page reply on Friday, October 10, 2014 at 2:24 PM via Canada Post, Tracking Number CX532983750CA, which was successfully delivered to FRANK G. JOHNS, CLERK OF COURT, on Thursday, October 16, 2014 at 10:27 AM.

**Catherine Parker's reply has <u>not</u> been acknowledged before your U.S. COURT.**

4) MATTHEW E. ORSO, Attorney for MCGUIRE WOODS LLP, filed "Affidavit In Support Of Application For Entry Of Default" against Catherine Parker on December 18, 2014.

5) FRANK G. JOHNS, CLERK OF COURT, entered "Default Judgment" against Catherine Parker on December 19, 2014.

6) MATTHEW E. ORSO and IRVING M. BRENNER, Attorneys for MCGUIRE WOODS LLP, filed "Motion for Default Judgment by Clerk of Court" on January 02, 2015.

7) FRANK G. JOHNS, CLERK OF COURT, Granted Receiver's Motion for Default Judgment on January 06, 2015.

8) Catherine Parker is a natural person.

9) The style of name for Catherine Parker is <u>not</u> Capitis Diminutio Maxima "CATHERINE PARKER" as your documents incorrectly show.  The style of name to be used is always Capitis Diminutio Minima and is written as Catherine Parker.

10) Catherine Parker has been denied administrative remedy.

11) Catherine Parker has been denied due process of law.

12) All judgments against Catherine Parker are void ab initio.

13) FRANK G. JOHNS, CLERK UNITED STATES DISTRICT COURT has dishonored the court by his actions.

14) IRVING M. BRENNER, Attorney for MCGUIRE WOODS LLP, NC Bar No. 15483, has dishonored the court by his actions.

15) MATTHEW E. ORSO, Attorney for MCGUIRE WOODS LLP, NC Bar No. 42409 has dishonored the court by his actions.

16) **Official Request:** FRANK G. JOHNS, if your position as CLERK, UNITED STATES DISTRICT COURT, requires the taking of an oath then please provide Catherine Parker a certified copy of your oath. In addition, provide certified copies and detailed lists of all of your court related bonds, sureties, indemnification, and insurance related policies.

17) FRANK G. JOHNS, your failure to provide all requested items within 30 days of your receipt of this letter, as indicated by the Canada Post Tracking Number, is your tacit admission to perpetrating fraud upon Catherine Parker in her natural capacity.

**Notice to Principal is notice to Agent and Notice to Agent is Notice to Principal.**

-----------------------------
Catherine Parker, private person
Date = June 08, A.D. 2015

Special, private, priority