UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF NORTH CAROLINA
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

**Frank G. Johns**
*Clerk*

Telephone - (704) 350-7413
FAX -      (704) 344-6703

**Terry T. Leitner**
*Chief Deputy Clerk*

July 1, 2015

Ms. Catherine Parker
66 Bay Street, #601
Hamilton, ON L8P 4Z6

Dear Ms. Parker:

In response to your request for a copy of the oath of office form for Frank G. Johns, Clerk, U.S. District Court, this office does not release copies of personnel documents. This letter will confirm, however, that Frank G. Johns was appointed Clerk of the U.S. District Court for the Western District of North Carolina on April 11, 1994. The oath of office taken by a Clerk may be found in the United States Code at 28 USC Section 951.

Attached is a copy of the Order appointing Mr. Johns which is public record.

Sincerely,

*Terry T. Leitner*

Terry T. Leitner
Chief Deputy Clerk

Attachment

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:94MC 35

IN THE MATTER OF THE APPOINTMENT )
OF FRANK G. JOHNS AS CLERK OF THE )
UNITED STATES DISTRICT COURT FOR )  **ORDER**
THE WESTERN DISTRICT OF )
NORTH CAROLINA )
_____)

IT APPEARING to the Court that the position of Clerk of the United States District Court for the Western District of North Carolina has become vacant; that this position has been publicized as required by the Affirmative Action Plan adopted by this Court; that applications have been received and reviewed by the Merit Selection Panel appointed by the Court; that the Judges of this Court have likewise reviewed applications and conducted interviews of applicants;

The Court, therefore, finds and determines that Frank G. Johns is the best qualified applicant for the position; that he is competent to perform the duties of Clerk of Court; is not related by blood or marriage to a judge of this Court; and is under the age of seventy years.

IT IS, THEREFORE, ORDERED that, pursuant to the authority vested in this Court by 28 U.S.C. § 751, Frank G. Johns be, and he is hereby appointed Clerk of this United States District Court for the Western District of North Carolina, said appointment to be effective on the 11th day of April, 1994.

2

THIS the ___5th___ day of April, 1994.

_____
RICHARD L. VOORHEES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
ROBERT D. POTTER
UNITED STATES DISTRICT COURT JUDGE

_____
GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE