Canada Post Tracking Number  EG 002 218 408 CA

Sandra Gavel
PO Box 2195
Sechelt BC V0N 3A0
Canada

McGuire Woods
Attn: Irving M. Brenner & Matthew E. Orso
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202

RECEIVED
Charlotte, NC
AUG 18 2015
Clerk, US District Court
Western District NC

Re: 3:14-cv-00444-GCM Documents 60, 61, 62, 63, 64, 65, 78, 117
    Certificate of Service

Dear Gentlemen,

The following is for your immediate attention.

Regarding Case 3:14-cv-00444-GCM Document 78 Filed 02/13/15 (4 pages); where is your evidence to prove that your constitution and codes apply to me? Isn't responding to a question of evidence with legal opinion a non-responsive answer because law is not evidence?

Regarding Case 3:14-cv-00444-GCM Document 78 Filed 02/13/15 (4 pages); where is the evidence to support your claim that I am a *pro se* litigant? I have not proceeded *pro se* in any court and I have not consented to the jurisdiction of any court.

Regarding Case 3:14-cv-00444-GCM Documents 60, 61, 62, 63, 64, 65 Filed 01/06/15; Frank G. Johns, Clerk of Court, mailed the Default Judgments for the following six people; Catherine Parker, James Macelwain, Mei-Ping Liang, Leon Killam, Brian Fussey and Yong Sheng Wang to my address. Why?

Is someone under the presumption that I am representing these six people or that I will distribute paperwork to all of them?

Are you not bound by law to follow certain procedures with respect to serving these Default Judgments? Are you lawfully able to proceed against the named individuals above if they never received proper notification from your court regarding the judgments against them?

Regarding Case 3:14-cv-00444-GCM Document 117 Filed 07/09/15 (4 pages), Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan, I will address each item point-by-point.

1. Certification of Conference. I object to the entire conference. My notification of the conference arrived via FedEx delivery on January 26, 2015, at 8:13 PM EST (5:13 PM PST), which was 7 hours and 15 minutes after the conference start time. Delivery and receipt is confirmed by FedEx Tracking # 7726 6124 8588. Envelope was sent by Matthew E. Orso.

2. Pre-Discovery Disclosures. I object for the same reason listed in item #1.

3. Discovery Plan. a. b. i. ii. iii. iv. c. i. ii. iii. iv. I object to all for the same reason listed in item #1.

*Copy*

4. Other Items. a. b. c. d. i. ii e. I object to all for the same reason listed in item #1.

5. I do not consent to the jurisdiction of any U.S. Magistrate Judge or the equivalent in Canada.

6. Where is your evidence proving that I received a copy of the Protective Order?

Regarding Document 117, Irving M. Brenner, in his Certificate of Service, Certifies, in part, *"In addition, I have this date served a copy of the forgoing upon the following Defendants..."*. The date he acknowledged and affixed his signature to this court document is, *"This 7th day of July, 2015"*.

However, Document 117 is dated 07/09/15 and filed with your court on 07/09/15. How could Mr. Brenner mail this document to all individuals on July 7, 2015, 2 full days prior to the court filing date of July 9, 2015?

To clarify once more, as of this day, I am not proceeding *pro se*. I am simply a private person, in my natural capacity, asking you to please answer the above questions.

Thank you.

Sandra Gavel, private person
Date = August 10, A.D. 2015