RECEIVED
Charlotte, NC

SEP 15 2015

Clerk, US District Court
Western District NC

By: Canada Post Tracking ___*LM 03992554 5CA*___

*Special, private, priority*

Catherine Parker
66 Bay Street, #601
Hamilton, ON L8P 4Z6

Frank G. Johns, Clerk of Court
United States District Court
Western District of North Carolina
401 W. Trade Street
Charlotte, North Carolina 28202

**RE:** Your Non-Response - Civil Action No. 3:14-cv-444

Dear Frank G. Johns:

The following private correspondence is for your immediate attention. It is not to be entered into your court filing system.

For clarification purposes, any previous correspondence from me to you, or your Chief Deputy Clerk, are also private correspondence. I did not request, authorize, or intended any of them to be entered into your court filing system.

If you have entered any of my private correspondence into your court filing system, I am instructing you to remove them without delay and send me confirmation upon their removal.

**Mr. Johns, what are your intentions toward me at this time?**

It appears you have not acknowledged my reply sent to you on October 10, 2014, which you received on October 16, 2014, confirmed by Canada Post, Tracking Number CX532983750CA.

Yet, you moved forward with court action against me by filing a Default Judgment two (2) months after receiving my reply.

**Why did you do that?**

**What specific law did you follow to support your actions?**

Regarding the topic of my multiple requests for your Oath of Office *(28 USC § 951)*, detailed lists of your court related bonds, sureties, indemnification, and insurance related policies *(§ 7A-107)*, as well as your Financial Disclosure Reports since taking office *(5 USC App 105)*, it is a little unsettling that the custodian of records will not release these public records under a FOIA

request. In fact, your Chief Deputy Clerk, Terry T. Leitner, stated, *"this office does not release copies of personnel documents."*

**Since when is the Oath of Office of a Public Official considered a private personnel document and not open to the public for inspection upon request?**

Thank you in advance for your personal response to my questions, which I've placed in bold for your convenience.

Catherine Parker, private person
Date = September 07, A.D. 2015