IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-444-GCM

| | |
|---|---|
| KENNETH D. BELL, )<br>as Administrator of the Estate of )<br>Receiver for Rex Venture Group, LLC )<br>d/b/a/ Zeekrewards.com, )<br>        Plaintiff, )<br>)<br>v                              )<br>)<br>CATHERINE PARKER, *et al,*  )<br>        Defendants. ) | **ORDER** |

     THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the extension of time granted for the filing of dispositive motions, the trial in this matter is **RE-SET for the September 6, 2016** term of court.

     IT IS SO ORDERED.

Signed: March 2, 2016

Graham C. Mullen
United States District Judge