IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:14-cv-444

| | |
|---|---|
| KENNETH D. BELL, in his capacity as Court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CATHERINE PARKER, *et al,* | )<br>) |
| Defendants. | )<br>)<br>) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

The trial in this matter is **RE-SET for the February 13, 2017 term of court**.

IT IS SO ORDERED.

Signed: August 15, 2016

Graham C. Mullen
United States District Judge