IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14cv444

KENNETH D. BELL, in his capacity as a )
court-appointed Receiver for Rex Venture Group, )
LLC d/b/a ZeekRewards.com, )
)
    Plaintiff, )
)
v. ) ORDER
)
CATHERINE PARKER, et al., )
)
    Defendants. )
_____ )

This matter is before the Court upon letter requests by *pro se* Defendants Beverly Trca-Kitchen and Ruth Konig for an extension of time to respond to the Plaintiff's Motion for Summary Judgment. The letter requests were sent in response to the *Roseboro* notice issued by the Court setting a response date of March 13, 2017. Defendants have requested an extension of the response date to April 30, 2017. The Receiver has objected to such a lengthy extension but has indicated that he would consent to an extension until March 31. Accordingly,

IT IS THEREFEORE ORDERED that Defendants Konig and Trca-Kitchen have until March 31, 2017 to respond to the Receiver's Motion for Summary Judgment.

Signed: March 14, 2017

Graham C. Mullen
United States District Judge