# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00444-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Beverly Dawn Trca-Kitchen, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2017 Order.

April 28, 2017

Frank G. Johns, Clerk
United States District Court