# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-444-GCM

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a Zeekrewards.com,<br>       Plaintiff,<br><br>v.<br><br>**CATHERINE PARKER**, *et al*,<br>       Defendants. | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **October 17, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: May 2, 2017

Graham C. Mullen
United States District Judge