IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CATHERINE PARKER, et al.<br>　　　　　　　　Defendants. | Civil Action No. 3:14-cv-444 |

# ORDER

**THIS MATTER** comes before the Court on the Receiver's Motion for Summary Judgment, filed on January 24, 2017. *See* (Doc. No. 133). Defendant Sandra Gavel did not file a responsive pleading before the response deadline. Thereafter, on February 27, 2017, the Court issued a *Roseboro* Order directing Defendant Gavel to file a response. (Doc. No. 135). The Court sent the *Roseboro* Order to the address of record for Defendant Sandra Gavel ("Defendant Gavel")[1]. The Order was returned to the Court as undeliverable on March 17, 2017. (Doc. No. 141).

Defendant Gavel has failed to respond to the Receiver's motion, and the Court finds that the facts and arguments provided by the Receiver are sufficient to establish the claims he has asserted. Therefore, it is appropriate for the Court to grant the Receiver's Motion for Summary Judgment.

---

[1] This was the address that Defendant Gavel used in all correspondence she directed to the Court in this case.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Summary Judgment is GRANTED, and the Receiver shall have and recover of Defendant Gavel the sum of $123,738.45 which is comprised of $89,904.72 in principal and $33,833.73 in prejudgment interest from August 15, 2012 to April 28, 2017. Postjudgment interest shall accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of the Judgment until paid in full.

Signed: September 7, 2017

Graham C. Mullen
United States District Judge