# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00444-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Catherine Parker<br>Xiaomei Wang<br>Beverly Dawn Trca-Kitchen<br>Bin Xu<br>Joel Broughton<br>Feng Guang Wu<br>Don Fitz-Ritson<br>Ruth Konig<br>Guan Jun Zhang<br>Leon Killam<br>Guo Hua Liang<br>Sandra Gavel<br>Jane Ferguson<br>Yong Sheng Wang<br>Mei-Ping Liang<br>Devey Dejong<br>Richard Foeller<br>Zahid Ali<br>Brian Fussey<br>Shao Zhang Huang<br>James Macelwain<br>Eugene Veinotte<br>0937702 B.C. Ltd<br>Michael Gallup<br>Jia Yu Wang<br>Ying Liu, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2017 Order.

September 7, 2017

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court